UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CHARLES WREN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN ROSEMARY NDOH,<br><br>Respondent. | No.  2:19-cv-0251 WBS KJN P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 5, 2020, the magistrate judge filed amended findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days.  Petitioner has filed objections to the findings and recommendations.  (ECF No. 124.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The amended findings and recommendations filed May 5, 2020, are adopted in full;

2. Petitioner's claim alleging sentencing error based on the trial court's failure to strike a prior conviction is dismissed for the reasons stated in the amended findings and recommendations; and

3. Respondent's motion to dismiss (ECF No. 99) is granted; and

4. The court issues the certificate of appealability referenced in 28 U.S.C. § 2253 on the question of whether petitioner is entitled to statutory or equitable tolling.

Dated:  June 8, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/wren0251.805.hc