UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CHARLES WREN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN ROSEMARY NDOH,<br><br>Respondent. | No. 2:19-cv-0251 WBS KJN P<br><br><br><br>ORDER |

This petition for writ of habeas corpus was dismissed on June 9, 2020. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: July 1, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wren0251.158